UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
CHARLES I WARD  
935 VENABLE RD  
WETUMPKA, AL  36092

Case No.12-30734-DHW  
Chapter 13

Debtor  
SSN: XXX-XX-2661

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

    ASPHALT CONTRACTORS INC  
    ATTN PAYROLL  
    P O BOX 241447  
    MONTGOMERY, AL  36124

The above employer is authorized to pay all future wages to the debtor.

Done this Monday, October 26, 2015.

                        */s/ Dwight H. Williams Jr.*  
                        Dwight H. Williams Jr.  
                        United States Bankruptcy Judge

**CC:**  CHARLES I WARD  
       ASPHALT CONTRACTORS INC