# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: CHARLES I WARD  
935 VENABLE RD  
WETUMPKA, AL 36092

CASE NO: 12-30734-DHW

Soc. Sec. No. XXX-XX-2661  
Debtor.

## INCOME WITHHOLDING ORDER

TO: ELMORE CO BD OF EDUCATION  
ATTN PAYROLL  
P O BOX 817  
WETUMPKA, AL 36092

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that ELMORE CO BD OF EDUCATION withhold from the wages, earnings, or other income of this debtor the sum of **$529.00 MONTHLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**  
**12-30734-DHW CHARLES I WARD**  
**P O BOX 613108**  
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, January 8, 2016 .

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge