UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
CHARLES I WARD  
935 VENABLE RD  
WETUMPKA, AL  36092

Case No.12-30734-DHW  
Chapter 13

Debtor  
SSN: XXX-XX-2661

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

ASPHALT CONTRACTORS INC  
ATTN PAYROLL  
P O BOX 241447  
MONTGOMERY, AL  36124

The above employer is authorized to pay all future wages to the debtor.

Done this Friday, January 08, 2016.

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge

**CC:** CHARLES I WARD  
ASPHALT CONTRACTORS INC