UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: CHARLES I WARD
935 VENABLE RD
WETUMPKA, AL 36092

CASE NO: 12-30734-DHW

Soc. Sec. No. XXX-XX-2661
Debtor.

## INCOME WITHHOLDING ORDER

TO: ELMORE COUNTY BD OF EDUCATION
ATTN PAYROLL
100 H ROBINSON DR/PO BOX 817
WETUMPKA, AL 36092

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that ELMORE COUNTY BD OF EDUCATION withhold from the wages, earnings, or other income of this debtor the sum of **$529.00 MONTHLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
12-30734-DHW CHARLES I WARD
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Thursday, January 21, 2016 .

cc: Debtor
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge