# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In Re:  
CHARLES I WARD  
935 VENABLE RD  
WETUMPKA, AL 36092  

Case No.12-30734-DHW  
Chapter 13  

Debtor  
SSN: XXX-XX-2661  

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

> ELMORE CO BD OF EDUCATION  
> ATTN PAYROLL  
> P O BOX 817  
> WETUMPKA, AL 36092

The above employer is authorized to pay all future wages to the debtor.

Done this Thursday, January 21, 2016.

/s/ Dwight H. Williams Jr.  
Dwight H. Williams Jr.  
United States Bankruptcy Judge

**CC:** CHARLES I WARD  
ELMORE CO BD OF EDUCATION