UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 12-30734-DHW
                                               Chapter 13
CHARLES I. WARD,
RHONDA F. WARD,

    Debtors.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 75) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtors in payments under the confirmed chapter 13 plan. The motion came on for hearing on April 11, 2016, at which time the debtors requested additional time to consider the conversion of this case to a case under chapter 7. In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED effective *10* days from the date of this order unless the debtor converts the case to a case under chapter 7 on or before the effective date.

Done this 11th day of April, 2016.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtors
     Richard D. Shinbaum, Attorney for Debtors
     Curtis C. Reding, Trustee
     All Creditors