# United States Bankruptcy Court
## Middle District of Alabama

In re  Charles I Ward
      Rhonda F Ward
                                      Debtor(s)

Case No.  **12-30734**
Chapter   **7**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on __April 14, 2016__, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date  April 14, 2016               Signature  /s/ Charles I Ward
                                              Charles I Ward
                                              Debtor

Date  April 14, 2016               Signature  /s/ Rhonda F Ward
                                              Rhonda F Ward
                                              Joint Debtor

Attorney  /s/ Richard D. Shinbaum
          Richard D. Shinbaum ASB-8638-B54R

Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545
Fax: 334-263-4096-Selma 334-874-1084
rshinbaum@smclegal.com